# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**Robert Hurst Anderson, Jr.,**　　　　　　　　　**Chapter 7**

　　　　**Debtor.**　　　　　　　　　　　　　　**Bankruptcy No. 24-30025**

## STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGE

The debtor and Mary R. Jensen, Acting United States Trustee for Region 12 ("UST"), enter into the following stipulation:

### RECITALS

1. The debtor filed a voluntary chapter 7 petition on January 4, 2024.

2. The last day to object to the debtor's discharge is April 1, 2024.

3. The chapter 7 trustee recently informed the UST that the debtor made certain pre-petition transfers that were not previously disclosed in the debtor's bankruptcy case. There is insufficient time for the UST to investigate the allegations prior to the expiration of the deadline. The parties thus agree that the deadline to object to discharge should be extended to permit the UST to conclude her investigation.

# AGREEMENT

The parties agree:

1. That the deadline for the UST to object to the debtor's discharge pursuant to 11 U.S.C. § 727 may be extended to May 1, 2024.

2. Pursuant to Local Rule 9011-1, the parties authorize the submission of this Stipulation to Extend Time to Object to Discharge with the electronic signatures of counsel for both parties.

Dated:   March 28, 2024

| | |
|---|---|
| WALKER AND WALKER LAW OFFICES, PLLC | MARY R. JENSEN ACTING UNITED STATES TRUSTEE Region 12 |
| s/ Andrew Walker<br>Andrew Walker, #392525<br>Attorneys for debtors<br>4356 Nicollet Avenue South<br>Minneapolis MN 55409<br>612-824-4357<br>andrew@bankruptcytruth.com | s/ Colin Kreuziger<br>Colin Kreuziger<br>Trial Attorney<br>MN Atty. No. 0386834<br>Office of the United States Trustee<br>U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 334-1350<br>Colin.Kreuziger@usdoj.gov |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**In re:**

**Robert Hurst Anderson, Jr.,**  **Chapter 7**

**Debtor.**  **Bankruptcy No. 24-30025**

## ORDER

Pursuant to the stipulation between the debtor and Mary R. Jensen, Acting United States Trustee for Region 12,

IT IS ORDERED:

1. The deadline to file an objection to the debtor's discharge shall be May 1, 2024.

Dated:

Kesha L. Tanabe
United States Bankruptcy Judge