# Initiate Business Checking℠

January 31, 2024 ■ Page 1 of 13



TOP SOURCE MEDIA LLC
6680 SAINT CROIX TRL S
HASTINGS MN 55033-9125

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

En español: 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (300)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | √ |
| Online Statements | √ |
| Business Bill Pay | √ |
| Business Spending Report | √ |
| Overdraft Protection | √ |

Account number: ██████6579
**TOP SOURCE MEDIA LLC**
*Minnesota account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ██████

For Wire Transfers use
Routing Number (RTN): ██████

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 1/1 | $1,130.36 |
| Deposits/Credits | 40,373.44 |
| Withdrawals/Debits | - 37,835.14 |
| **Ending balance on 1/31** | **$3,668.66** |

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■ Savings - ██████

**EXHIBIT C**

Case 24-30025   Doc 28-3   Filed 04/19/24   Entered 04/19/24 10:33:13   Desc Exhibit
C - Top Source Account_Redacted   Page 2 of 3

January 31, 2024 ■ Page 2 of 13



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | Online Transfer From Anderson R Savings xxxxxx2944 Ref #Ib0Lsppwt2 on 01/01/24 | 16,772.07 | | |
| 1/2 | | Recurring Payment authorized on 12/28 Paypal *Linkproces 4029357733 CA S583362671171026 Card 0217 | | 19.95 | |
| 1/2 | | Purchase authorized on 12/28 Apple.Com/Bill 866-712-7753 CA S583362860154693 Card 0217 | | 10.83 | |
| 1/2 | | Purchase authorized on 12/28 Tst* Wild Bill's S Blaine MN S583363282245151 Card 0217 | | 158.85 | |
| 1/2 | | Recurring Payment authorized on 12/29 Netflix.Com 408-5403700 CA S583363417865966 Card 0217 | | 24.86 | |
| 1/2 | | Recurring Payment authorized on 12/29 A2Webhost* Inv4132 Httpswww.A2Ho MI S583363689038824 Card 0217 | | 14.99 | |
| 1/2 | | Recurring Payment authorized on 12/29 A2Webhost* Inv4127 Httpswww.A2Ho MI S383363689887895 Card 0217 | | 62.94 | |
| 1/2 | | Recurring Payment authorized on 12/29 Web*Hostgator.Com 713-5745287 MA S383363700645963 Card 0217 | | 131.94 | |
| 1/2 | | Recurring Payment authorized on 12/29 Web*Hostgator.Com 713-5745287 MA S463363718419490 Card 0217 | | 43.98 | |
| 1/2 | | Recurring Payment authorized on 12/29 Web*Hostgator.Com 713-5745287 MA S303363719471077 Card 0217 | | 87.96 | |
| 1/2 | | Recurring Payment authorized on 12/29 Web*Hostgator.Com 713-5745287 MA S463363724291097 Card 0217 | | 109.95 | |
| 1/2 | | Recurring Payment authorized on 12/29 Web*Hostgator.Com 713-5745287 MA S383363728950685 Card 0217 | | 43.98 | |
| 1/2 | | Recurring Payment authorized on 12/29 Web*Hostgator.Com 713-5745287 MA S383363731279469 Card 0217 | | 21.99 | |
| 1/2 | | Recurring Payment authorized on 12/29 Web*Hostgator.Com 713-5745287 MA S583363748327272 Card 0217 | | 43.98 | |
| 1/2 | | Recurring Payment authorized on 12/29 Web*Hostgator.Com 713-5745287 MA S303363752215088 Card 0217 | | 263.88 | |
| 1/2 | | Recurring Payment authorized on 12/29 Web*Hostgator.Com 713-5745287 MA S303363764499909 Card 0217 | | 87.96 | |
| 1/2 | | Purchase authorized on 12/29 Prime Video Channe Amzn.Com/Bill WA S383363835929918 Card 0217 | | 17.33 | |
| 1/2 | | Recurring Payment authorized on 12/29 Name.Com, Inc 720-2492374 CO S463364031929492 Card 0217 | | 84.99 | |
| 1/2 | | Purchase authorized on 12/29 Tst* Smilin Moose Hudson WI S583364094470339 Card 0217 | | 124.45 | |
| 1/2 | | Purchase authorized on 12/30 Jerry's Woodbury Woodbury MN P583364721314102 Card 0217 | | 311.48 | |
| 1/2 | | Purchase authorized on 12/30 Prime Video *133Y9 888-802-3080 WA S303364788171366 Card 0217 | | 21.66 | |
| 1/2 | | Purchase authorized on 12/30 Hudson Tap Hudson WI S383365109915699 Card 0217 | | 20.00 | |
| 1/2 | | Purchase authorized on 12/30 Tst* Smilin Moose Hudson WI S383365174480692 Card 0217 | | 112.87 | |
| 1/2 | | Recurring Payment authorized on 12/31 Gsaserlists.Com Melaka Mys S303365532505231 Card 0217 | | 22.00 | |
| 1/2 | | Purchase authorized on 12/31 DD/Br #358873 Woodbury MN S583365732019120 Card 0217 | | 12.02 | |
| 1/2 | | Purchase authorized on 12/31 Starbucks Store 09 Cottage Grove MN S583365746271819 Card 0217 | | 14.35 | |
| 1/2 | | Purchase authorized on 01/01 Tst* Smilin Moose Hudson WI S384001097253243 Card 0217 | | 282.13 | |
| 1/2 | | Purchase authorized on 01/01 Bcs*Spring Lake PA 763-600-5050 MN S384001363589938 Card 0217 | | 66.00 | |
| 1/2 | | Recurring Payment authorized on 01/01 Paypal *Solidsys 402-935-7733 FL S584001408840237 Card 0217 | | 719.70 | |
| 1/2 | | Recurring Payment authorized on 01/01 Gsaserlists.Com Melaka Mys S584001589587582 Card 0217 | | 22.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/5 | | Recurring Payment authorized on 01/04 Web*Hostgator.Com 713-5745287 MA S304004701195571 Card 0217 | | 131.94 | |
| 1/5 | | Recurring Payment authorized on 01/04 Walker Law Office 612-8244357 MN S304004785267706 Card 0217 | | 2,400.00 | |
| 1/5 | | Recurring Payment authorized on 01/04 Maxrewards Httpsmaxrewar GA S304004862779850 Card 0217 | | 17.00 | |
| 1/5 | | Purchase authorized on 01/04 MD Lewis LLC 952-898-2011 MN S584005019043777 Card 0217 | | 931.40 | |
| 1/5 | | Recurring Payment authorized on 01/04 Web*Hostgator.Com 713-5745287 MA S584005046849418 Card 0217 | | 43.98 | |
| 1/5 | | Recurring Payment authorized on 01/04 Web*Hostgator.Com 713-5745287 MA S384005058349749 Card 0217 | | 65.97 | |
| 1/5 | | Recurring Payment authorized on 01/04 Name.Com, Inc 720-2492374 CO S384005069098742 Card 0217 | | 75.67 | |
| 1/5 | | Recurring Transfer to Top Source Media LLC Ref #Op0Ltsbgvm Business Market Rate Savings Woodbury Mortg Weekly | | 1,412.90 | |
| 1/5 | < | Business to Business ACH Debit - The Hartford Nwtbclscic 14240960 Robert Anderson | | 144.78 | 12,283.99 |
| 1/8 | | WT Fed#09733 Jpmorgan Chase Ban /Org=Express Revenue Network LLC Srf# 3654394008Es Trn#240108156920 Rfb# Bmg of 24/01/08 | 195.00 | | |
| 1/8 | | Online Transfer From Top Source Media LLC Business Market Rate Savings xxxxxx8307 Ref #Ib0Lvpdfjy on 01/08/24 | 2,596.32 | | |
| 1/8 | | Wire Trans Svc Charge - Sequence: 240108156920 Srf# 3654394008Es Trn#240108156920 Rfb# Bmg of 24/01/08 | | 15.00 | |
| 1/8 | | Purchase authorized on 01/04 Paypal *Godaddy.CO 402-935-7733 AZ S584004605932570 Card 0217 | | 35.16 | |
| 1/8 | | Recurring Payment authorized on 01/04 Apple.Com/Bill 866-712-7753 CA S464005071953206 Card 0217 | | 43.34 | |
| 1/8 | | Recurring Payment authorized on 01/04 Apple.Com/Bill 866-712-7753 CA S584005072668878 Card 0217 | | 10.83 | |
| 1/8 | | Purchase authorized on 01/04 Scoops Pub Coon Rapids MN S464005158914007 Card 0217 | | 24.00 | |
| 1/8 | | Purchase authorized on 01/04 Tst* Wild Bill's S Blaine MN S384005171517128 Card 0217 | | 40.02 | |
| 1/8 | | Purchase authorized on 01/04 Wild Bills Sports 763-3174070 MN S584005191949396 Card 0217 | | 50.00 | |
| 1/8 | | Purchase authorized on 01/05 Paypal *Godaddy.CO 402-935-7733 AZ S304005477089977 Card 0217 | | 4.99 | |
| 1/8 | | Recurring Payment authorized on 01/05 Web*Hostgator.Com 713-5745287 MA S384005640050571 Card 0217 | | 153.93 | |
| 1/8 | | Recurring Payment authorized on 01/05 Web*Hostgator.Com 713-5745287 MA S464005658501355 Card 0217 | | 153.93 | |
| 1/8 | | Money Transfer authorized on 01/05 Apple Cash Sent MO 1Infiniteloop CA S464005793452167 Card 0217 | | 400.00 | |
| 1/8 | | Recurring Payment authorized on 01/05 Name.Com, Inc 720-2492374 CO S384005839620858 Card 0217 | | 10.27 | |
| 1/8 | | Recurring Payment authorized on 01/05 Web*Hostgator.Com 713-5745287 MA S584005841301493 Card 0217 | | 197.91 | |
| 1/8 | | Recurring Payment authorized on 01/05 Web*Hostgator.Com 713-5745287 MA S584006007606084 Card 0217 | | 87.96 | |
| 1/8 | | Recurring Payment authorized on 01/05 Web*Hostgator.Com 713-5745287 MA S464006014125090 Card 0217 | | 109.95 | |
| 1/8 | | Recurring Payment authorized on 01/05 Web*Hostgator.Com 713-5745287 MA S384006032553775 Card 0217 | | 109.95 | |
| 1/8 | | Recurring Payment authorized on 01/05 A2Webhost* Inv4143 Httpswww.A2Ho MI S384006063411340 Card 0217 | | 14.98 | |
| 1/8 | | Recurring Payment authorized on 01/06 Web*Hostgator.Com 713-5745287 MA S464006767363799 Card 0217 | | 197.91 | |
| 1/8 | | Recurring Payment authorized on 01/06 Web*Hostgator.Com 713-5745287 MA S584007020313196 Card 0217 | | 175.92 | |
| 1/8 | | Recurring Payment authorized on 01/06 Web*Hostgator.Com 713-5745287 MA S584007024836295 Card 0217 | | 87.96 | |