UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Robert Hurst Anderson, Jr.,                              Chapter 7

Debtor.                                                  Bankruptcy No. 24-30025

**STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGE**

The debtor and Mary R. Jensen, Acting United States Trustee for Region 12 ("UST"), enter into the following stipulation:

**RECITALS**

1. The debtor filed a voluntary chapter 7 petition on January 4, 2024.

2. The last day to object to the debtor's discharge is May 1, 2024, pursuant to the Court's order dated March 28, 2024.

3. The UST recently requested certain financial documents from the debtor and has not had sufficient time to review the documents. The parties thus agree that the deadline to object to discharge should be extended to permit the UST to review the documents and conclude her investigation.

## **AGREEMENT**

The parties agree:

1. That the deadline for the UST to object to the debtor's discharge pursuant to 11 U.S.C. § 727 may be extended to June 28, 2024.

2. Pursuant to Local Rule 9011-1, the parties authorize the submission of this Stipulation to Extend Time to Object to Discharge with the electronic signatures of counsel for both parties.

Dated:   April 30, 2024

| | |
|---|---|
| WALKER AND WALKER LAW OFFICES, PLLC | MARY R. JENSEN ACTING UNITED STATES TRUSTEE Region 12 |
| s/ Andrew Walker<br>Andrew Walker, #392525<br>Attorneys for debtors<br>4356 Nicollet Avenue South<br>Minneapolis MN 55409<br>612-824-4357<br>andrew@bankruptcytruth.com | s/ Colin Kreuziger<br>Colin Kreuziger<br>Trial Attorney<br>MN Atty. No. 0386834<br>Office of the United States Trustee<br>U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 334-1350<br>Colin.Kreuziger@usdoj.gov |

2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

| | |
|---|---|
| **Robert Hurst Anderson, Jr.,** | **Chapter 7** |
| **Debtor.** | **Bankruptcy No. 24-30025** |

# ORDER

Pursuant to the stipulation between the debtor and Mary R. Jensen, Acting United States Trustee for Region 12,

IT IS ORDERED:

1. The deadline to file an objection to the debtor's discharge shall be June 28, 2024.

Dated:

Kesha L. Tanabe
United States Bankruptcy Judge