## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**Robert Hurst Anderson, Jr.,**                    **Chapter 7**

**Debtor.**                              **Bankruptcy No. 24-30025**

## ORDER

Pursuant to the stipulation between the debtor and Mary R. Jensen, Acting

United States Trustee for Region 12,

IT IS ORDERED:

1.    The deadline to file an objection to the debtor's discharge shall be June 28,

2024.

Dated:  *May 1, 2024*                     */e/Kesha L. Tanabe*

Kesha L. Tanabe
United States Bankruptcy Judge