# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**In re:**

**Robert Hurst Anderson, Jr.,**  Chapter 7

      Debtor.  Bankruptcy No. 24-30025

## ORDER

Pursuant to the stipulation between the debtor and Mary R. Jensen, Acting United States Trustee for Region 12,

IT IS ORDERED:

1. The deadline to file an objection to the debtor's discharge shall be June 28, 2024.

Dated: May 1, 2024  /e/Kesha L. Tanabe
                                                        Kesha L. Tanabe
                                                        United States Bankruptcy Judge

United States Bankruptcy Court
District of Minnesota

In re:  Case No. 24-30025-KLT
Robert Hurst Anderson, Jr  Chapter 7
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3　　　　　　　User: admin　　　　　　　Page 1 of 2
Date Rcvd: May 01, 2024　　　　　Form ID: pdf111　　　　　Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#　　Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | # Robert Hurst Anderson, Jr, 6680 Saint Croix Trl S, Hastings, MN 55033-9125 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: POC@lawmoss.com | May 01 2024 21:26:00 | Moss & Barnett, 150 South Fifth Street Ste 1200, Minneapolis, MN 55402 |
| intp | + Email/Text: kevin@minnesotamortgagelaw.com | May 01 2024 21:26:00 | U.S. Bank National Association, 4500 Park Glen Road, Suite 300, Minneapolis, MN 55416-4891 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2024　　　　　　Signature:　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew C. Walker | on behalf of Debtor 1 Robert Hurst Anderson Jr curtwalkerbky@gmail.com, WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Colin Kreuziger | on behalf of U.S. Trustee US Trustee Colin.Kreuziger@usdoj.gov Nissa.L.Atkinson@usdoj.gov;Bethany.Sibenaller@usdoj.gov |

| District/off: 0864-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 01, 2024 | Form ID: pdf111 | Total Noticed: 3 |

Kevin T. Dobie
    on behalf of Interested Party U.S. Bank National Association kevin@MinnesotaMortgageLaw.com maria@uwllaw.com,kaye@uwllaw.com

Matthew R. Burton
    on behalf of Trustee Randall L. Seaver matthew.burton@lawmoss.com brandi.kasheimer@lawmoss.com

Randall L. Seaver
    rseaver@fssklaw.com rseaver@ecf.axosfs.com

US Trustee
    ustpregion12.mn.ecf@usdoj.gov

TOTAL: 6