# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  Bankr. No. 24-30025

Robert Hurst Anderson, Jr

Debtor.  Chapter 7

## ORDER DENYING MOTION OBJECTING TO A CLAIMED EXEMPTION

This matter came before the Court for hearing on June 6, 2024, upon the motion objecting to a claimed exemption filed by the Chapter 7 Trustee [ECF No. 28]. For the reasons stated on the record, the trustee's motion is denied as moot.

Accordingly, IT IS ORDERED:

1. The motion objecting to a claimed exemption is **DENIED as moot.**

DATED: *June 10, 2024*

*/e/Kesha L. Tanabe*
Kesha L. Tanabe
United States Bankruptcy Judge