Local Form 1009-1 (05/18)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:** Anderson, Robert Hurst  **Case No.:** 24-30025

Debtor(s).

**SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION, LISTS, SCHEDULES AND STATEMENTS**

1. Attached to this form are the following amended documents:
   - ☐ Petition
   - ☑ Schedule A/B
   - ☑ Schedule C
   - ☐ Schedule D
   - ☐ Schedule E/F
   - ☐ Schedule G
   - ☐ Schedule H
   - ☐ Schedule I
   - ☐ Schedule J
   - ☐ Schedule J-2
   - ☑ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
   - ☐ Statement of financial affairs
   - ☐ Statement of intention
   - ☐ Statement of current monthly income/means test calculation
   - ☐ Other (specify):

2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

   Amended to claim the equity in the 2021 Mercedes exempt.

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **Hurst** | **Anderson, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Minnesota**

Case number   **24-30025**

☑ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **Lot 4, Block 3, Wilderness Run 5th Addition, Dakota County, Minnesota**
   Street address, if available, or other description

   **6680 Saint Croix Trl S**

   **Hastings, MN 55033-9125**
   City      State     ZIP Code

   **Dakota**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**   $1,369,000.00
   **Current value of the portion you own?**   $1,369,000.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   **Fee Simple**

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number:

   Source of Value: **RedFin**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ............ → $1,369,000.00

### Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

Debtor **Anderson, Robert Hurst**    Case number *(if known)* **24-30025**

| | | | | |
|---|---|---|---|---|
| 3.1 | Make: **Mercedes-Benz** | **Who has an interest in the property?** Check one. | | |
| | Model: | ☐ Debtor 1 only | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | | ☐ Debtor 2 only | | |
| | Year: **2021** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | ☑ At least one of the debtors and another | | |
| | Approximate mileage: **25000** | ☐ **Check if this is community property** (see instructions) | **$69,000.00** | **$34,500.00** |
| | Other information: | | | |
| | **Source of Value: KBB** | | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

| | | | | |
|---|---|---|---|---|
| 4.1 | Make: | **Who has an interest in the property?** Check one. | | |
| | Model: | ☐ Debtor 1 only | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | | ☐ Debtor 2 only | | |
| | Year: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | | |
| | Other information: | ☐ **Check if this is community property** (see instructions) | | |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................................................... ➔    **$34,500.00**

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe. .........    **Typical household goods and furnishing, with no one item over $650.**    **$6,000.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe. .........    **TV - 600**
   **Cell phone - 350**    **$950.00**

Debtor **Anderson, Robert Hurst**     Case number *(if known)* **24-30025**

8. **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe. ......... **Normal wearing apparel**     **$900.00**

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe. .........

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................................................... →     **$7,850.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

Debtor **Anderson, Robert Hurst**                                                      Case number *(if known)* **24-30025**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes ............................................................................................................ Cash: ............ **$5.00**

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes .................... Institution name:

    17.1. Checking account: **Wells Fargo Business checking account - Top Source Media L.L.C.**     **$0.00**

    17.2. Savings account: **Wells Fargo**                                                          **$0.00**

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes .................... Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them....................

    Name of entity:                                                          % of ownership:

    **100% Debtor's Interest in Top Source Media LLC**                       **100.00%**
    **Assets (including 50% interest in 2021 Mercedes Benz)- $5,000**
    **Wells Fargo Business checking account - $13,954.00**
    **Accounts receivables- $0**
    **Liabilities - $75700**                                                                         **($56,746.00)**

Official Form 106A/B                           **Schedule A/B: Property**                              page **4**

Debtor **Anderson, Robert Hurst**     Case number *(if known)* **24-30025**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them....................  Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately.    Type of account:    Institution name:

                                  401(k) or similar plan:    **401k**             **$0.00**

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes .....................    Institution name or individual:

             Electric:
             Gas:
             Heating oil:
             Security deposit on rental unit:
             Prepaid rent:
             Telephone:
             Water:
             Rented furniture:
             Other:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes .....................    Issuer name and description:

Debtor **Anderson, Robert Hurst**     Case number *(if known)* **24-30025**

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes .................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them. ...

**Money or property owed to you?**     **Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☐ No
    ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................

    **See Attached.**

    Federal: **$0.00**
    State: **$0.00**
    Local:

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

---

Debtor **Anderson, Robert Hurst**     Case number *(if known)* **24-30025**

☑ No
☐ Yes. Give specific information. ........

Alimony:
Maintenance:
Support:
Divorce settlement:
Property settlement:

30. **Other amounts someone owes you**

   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

   ☑ No
   ☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☑ No
   ☐ Yes. Name the insurance company of each policy and list its value. ...

   Company name:     Beneficiary:     Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**

   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ☑ No
   ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☑ No
   ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☑ No
   ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

   ☑ No
   ☐ Yes. Give specific information. ........

Debtor **Anderson, Robert Hurst**        Case number *(if known)* **24-30025**

| | | |
|---|---|---|
| 36. | **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ............................................................................................................ ➔ | **($56,741.00)** |

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    - ☑ No
    - ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    - ☑ No
    - ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☑ No
    - ☐ Yes. Describe. .........

41. **Inventory**
    - ☑ No
    - ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**
    - ☑ No
    - ☐ Yes. Describe .......

    Name of entity:        % of ownership:

Debtor __Anderson, Robert Hurst_____ Case number *(if known)* __24-30025__

43. **Customer lists, mailing lists, or other compilations**
    ☑ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**
        ☐ No
        ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................... → **$0.00**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes .........................

48. **Crops—either growing or harvested**
    ☑ No
    ☐ Yes. Give specific information. ............

Debtor **Anderson, Robert Hurst**     Case number *(if known)* **24-30025**

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - ☑ No
    - ☐ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**
    - ☑ No
    - ☐ Yes .........................

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................................................... →    **$0.00**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................................... →    **$0.00**

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ............................................................................................................ →    **$1,369,000.00**

56. **Part 2: Total vehicles, line 5**        **$34,500.00**

57. **Part 3: Total personal and household items, line 15**        **$7,850.00**

58. **Part 4: Total financial assets, line 36**        **($56,741.00)**

59. **Part 5: Total business-related property, line 45**        **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**        **$0.00**

61. **Part 7: Total other property not listed, line 54**     +    **$0.00**

62. **Total personal property.** Add lines 56 through 61. ...............    **($14,391.00)**    Copy personal property total →   +   **($14,391.00)**

---

Official Form 106A/B        **Schedule A/B: Property**        page **10**

Debtor **Anderson, Robert Hurst**     Case number *(if known)* **24-30025**

| | | |
|---|---|---|
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................................ | **$1,354,609.00** |

Debtor **Anderson, Robert Hurst**  Case number *(if known)* **24-30025**

|  | Continuation Page | | |
|---|---|---|---|
| **28.** | **Tax refunds owed to you** | | |
| | Federal: | **2022 Federal Tax Refund Owed To Debtor-As of the time of filing, the Debtor has not received a refund. Typically pays in** | $0.00 |
| | Federal: | **Prorated 2023 Federal and MN state tax refunds-As of the time of filing, the Debtor has not received a refund. Typically pays in** | $0.00 |
| | State: | **2022 Minnesota Income Tax refund owed to debtor-As of the time of filing, the Debtor has not received a refund. Typically pays in** | $0.00 |
| | State: | **Minnesota Property Tax refund owed to Debtor.-Doesn't qualify for a refund. Debtor's income is to high** | $0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **Hurst** | **Anderson, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Minnesota**

Case number  **24-30025**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Lot 4, Block 3, Wilderness Run 5th Addition, Dakota County, Minnesota**<br>**6680 Saint Croix Trl S**<br>**Hastings, MN**<br>**55033-9125** | **$1,369,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Line from *Schedule A/B*: **1.1** | | | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No
     - ☐ Yes

Official Form 106C                Schedule C: The Property You Claim as Exempt                page **1** of **4**

Debtor 1  **Robert** **Hurst** **Anderson, Jr**  Case number *(if known)* **24-30025**
           First Name  Middle Name  Last Name

### Part 2:  Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2021 Mercedes-Benz**<br>Line from *Schedule A/B*: **3.1** | $34,500.00 | ☑ $4,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ $11,623.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)**<br><br>**11 U.S.C. § 522(d)(5)** |
| Brief description: **Typical household goods and furnishing, with no one item over $650.**<br>Line from *Schedule A/B*: **6** | $6,000.00 | ☑ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **TV - 600 Cell phone - 350**<br>Line from *Schedule A/B*: **7** | $950.00 | ☑ $950.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)**<br><br>**11 U.S.C. § 522(d)(5)** |
| Brief description: **Normal wearing apparel**<br>Line from *Schedule A/B*: **11** | $900.00 | ☑ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Cash**<br>Line from *Schedule A/B*: **16** | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Wells Fargo** Savings account<br>Line from *Schedule A/B*: **17** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1  **Robert** **Hurst** **Anderson, Jr**  Case number *(if known)* **24-30025**
First Name   Middle Name   Last Name

### Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **100% Debtor's Interest in Top Source Media LLC Assets (including 50% interest in 2021 Mercedes Benz)- $5,000 Wells Fargo Business checking account - $13,954.00 Accounts receivables- $0 Liabilities - $75700**<br>Line from *Schedule A/B*: **19** | **($56,746.00)** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **401k**<br>Line from *Schedule A/B*: **21** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)**<br><br>**11 U.S.C. § 541(c)(2)** |
| Brief description: **2022 Federal Tax Refund Owed To Debtor-As of the time of filing, the Debtor has not received a refund. Typically pays in Federal tax**<br>Line from *Schedule A/B*: **28** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Prorated 2023 Federal and MN state tax refunds-As of the time of filing, the Debtor has not received a refund. Typically pays in Federal tax**<br>Line from *Schedule A/B*: **28** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Official Form 106C   Schedule C: The Property You Claim as Exempt   page **3** of **4**

| Debtor 1 | Robert | Hurst | Anderson, Jr | Case number *(if known)* 24-30025 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2022 Minnesota Income Tax refund owed to debtor-As of the time of filing, the Debtor has not received a refund. Typically pays in**<br>**State tax**<br><br>Line from *Schedule A/B:* **28** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Minnesota Property Tax refund owed to Debtor.-Doesn't qualify for a refund. Debtor's income is to high**<br>**State tax**<br><br>Line from *Schedule A/B:* **28** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Official Form 106C             Schedule C: The Property You Claim as Exempt             page **4** of **4**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **Hurst** | **Anderson, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Minnesota**

Case number (if known): **24-30025**

☑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from *Schedule A/B*................................................................... $1,369,000.00

    1b. Copy line 62, Total personal property, from *Schedule A/B*....................................................... ($14,391.00)

    1c. Copy line 63, Total of all property on *Schedule A/B*................................................................. $1,354,609.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

    2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... $2,883,363.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... $1,895,267.00

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ + $593,897.00

    **Your total liabilities**  $5,372,527.00

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

    Copy your combined monthly income from line 12 of *Schedule I*............................................................................. $7,700.00

5. *Schedule J: Your Expenses* (Official Form 106J)

    Copy your monthly expenses from line 22c of *Schedule J*....................................................................................... $11,917.00

Official Form 106Sum   **Summary of Your Assets and Liabilities and Certain Statistical Information**   page 1 of 2

| Debtor 1 | **Robert** | **Hurst** | **Anderson, Jr** | Case number *(if known)* **24-30025** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**
   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.     **$12,171.50**

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $1,895,267.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $1,895,267.00 |

# United States Bankruptcy Court
## District Of Minnesota

In re  **Anderson, Robert Hurst**　　　　　　　　　　　　　　　Case No.  **24-30025**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter  **7**

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on  **01/09/2025**　.

Dated:  **01/09/2025**　　　　　　　　　　　　　　　　　　　　　　　**s/ Andrew Walker**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew Walker
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor or Debtor's(s') Counsel
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bar Number: 0392525
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Walker & Walker Law Offices, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4356 Nicollet Ave
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55409
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (612) 824-4357
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (612) 824-8005
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: andrew@bankruptcytruth.com

**American Express**
General Inquiries
Po Box 981535
El Paso, TX 79998-1535

**Hunter's Rock Inc.**
2855 Anthony Ln S # 130 S #130
Minneapolis, MN 55418-3265

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Jill Anderson.**
5178 Suntide Pass
Saint Paul, MN 55129

**Jorge Rojas**
557 Cambridge Way
Bolingbrook, IL 60440

**Mercedes-Benz Financial Services USA**
Po Box 685
Roanoke, TX 76262-0685

**Top Source Media L.L.C.**
6680 Saint Croix Trl S
Hastings, MN 55033-9125

**United Health Care**
Customer Service -Privacy Unit
Po Box 740815
Atlanta, GA 30374-0815

**United States Trustee**
300 S 4th St Ste 1015
Minneapolis, MN 55415-2247

**US Bank Home Mortgage**
2800 Tamarack Rd
Owensboro, KY 42301

**Zerorez of Minnesota**
5310 W 23rd St Ste 100
St Louis Park, MN 55416-1660