# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY Case No.: 24-30025 |
| | Chapter 7 |
| Robert Hurst Anderson, Jr., | |
| Debtor. | |
| Randall L. Seaver, Trustee, | ADV Case No.: 25-_____ |
| Plaintiff, | |
| v. | |
| Top Source Media L.L.C., | |
| Defendant. | |

## TRUSTEE'S STATEMENT OF INSUFFICIENT FUNDS TO PAY FILING FEE

Randall L. Seaver, Trustee of the bankruptcy estate of Robert Hurst Anderson, Jr., states under penalty of perjury that filed herewith:

1. Is a complaint under Fed. R. Bankr. P. 7001;

2. That the Trustee is without sufficient cash in the estate to pay the filing fee to commence this adversary proceeding; and

3. The Trustee will pay the filing fee to the clerk as soon as cash is available in the estate, pursuant to the Judicial Conference Schedule of Fees for the Bankruptcy Courts, prescribed under 28 U.S.C. § 1930(b).

Dated: January 21, 2025

s/ *Randall L. Seaver*
Randall L. Seaver, Trustee
P.O. Box 1167
Burnsville, MN 55337
P: (651) 302-6925
E: rseaver@fssklaw.com

9981187v1