# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY Case No.: 24-30025 |
| Robert Hurst Anderson, Jr., | Chapter 7 |
| Debtor. | |

## WITHDRAWAL

A clarification of exemptions was filed by Robert Hurst Anderson, Jr. ("**Debtor**") on February 7, 2025 at Docket No. 54. Based on that clarification, which limits the Debtor's claimed vehicle exemption to the amount sought in the Trustee's objection, the Trustee hereby withdraws that objection.

PLEASE TAKE NOTICE that Matthew R. Burton, counsel for Randall L. Seaver, hereby withdraws the Motion Objecting to a Claimed Exemption filed on January 21, 2025 as Docket No. 51.

                MOSS & BARNETT
                A Professional Association

Dated: February 7, 2025        By  s/ *Matthew R. Burton*
                                      Matthew R. Burton (#210018)
                                      150 South Fifth Street, Suite 1200
                                      Minneapolis, MN 55402
                                      Telephone: (612) 877-5000
                                      Email: matthew.burton@lawmoss.com
                                      ATTORNEYS FOR RANDALL L. SEAVER,
                                      TRUSTEE

10072837v1