# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | Case No. 24-30025-KAC |
| Robert Hurst Anderson, Jr., | Chapter 7 |
| Debtor. | |
| _____ | |
| Randall L. Seaver, Trustee, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-03008 |
| Top Source Media L.L.C., | |
| Defendant. | |

_____

## JUDGMENT
_____

This proceeding came before the Court, and a decision or order for judgment was duly rendered, Katherine A. Constantine, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:** That judgment is awarded in favor of Plaintiff and against Defendant in the amount of $33,050.35 with the parties responsible for their own costs, disbursements, and attorneys' fees.

Dated: *February 14, 2025*

                                                        Tricia Pepin
                                                      United States Bankruptcy Court Clerk

                                                      By: /e/ Caleb Gurujal
                                                      Deputy Clerk