UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Bankruptcy No. 24-30025
Chapter 7

In Re:

Robert Hurst Anderson, Jr.

Debtor

**ORDER**

The debtor's motion for waiver of the debtor's discharge came before the Court. Based on the record,

IT IS HEREBY ORDERED:

The debtor's waiver of his Chapter 7 discharge is approved.

Dated: March 7, 2025

s/ Katherine A. Constantine
Katherine A. Constantine
Chief United States Bankruptcy Judge