# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:             BKY Case No.: 24-30025

Chapter 7

Robert Hurst Anderson, Jr,

       Debtor.

## TRUSTEE'S MOTION TO RETAIN ASSET

TO: THE DEBTOR AND OTHER ENTITIES SPECIFIED IN THE APPLICABLE FEDERAL RULES OF BANKRUPTCY PROCEDURE.

On February 10, 2026, the undersigned Trustee of the estate of Robert Hurst Anderson, Jr., ("Debtor"), named above, moves the Court for approval of the following application:

The trustee obtained a default judgment in the amount of $33,050.50 against Top Source Media, L.L.C in Adversary No. 25-03008. (Judgement). The trustee has collected $7,558.23 on the Judgement. After discussion with counsel, the trustee believes that collection is doubtful. The trustee will retain the Judgement after case closing.

**OBJECTION: MOTION: HEARING.** Any responses to this motion must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the clerk, within 21 days of the filing of this motion. **If no response is filed the Court may enter an order without a hearing.**

| Clerk of Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | (see address below) |
| 301 U.S. Courthouse | 300 South 4th Street | |
| 300 South 4th Street | Minneapolis, MN 55415 | |
| Minneapolis, MN 55415 | | |

Dated: January 15, 2026             s/ *Randall L. Seaver*

                                                          Randall L. Seaver, Trustee
                                                          P.O. Box 1167
                                                          Burnsville, MN 55337
                                                          P: (651) 302-6925
                                                          E: rseaver@fssklaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br><br>ROBERT HURST ANDERSON, JR | CASE NO: 24-30025<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 1/15/2026, I did cause a copy of the following documents, described below,

Trustee's Motion to Retain Asset

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/15/2026

/s/ Randall L. Seaver
Randall L. Seaver  152882

P.O. Box 1167
Burnsville, MN 55337
952-890-0888
amuehlich@fssklaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

ROBERT HURST ANDERSON, JR

CASE NO: 24-30025

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 1/15/2026, a copy of the following documents, described below,

Trustee's Motion to Retain Asset

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/15/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Randall L. Seaver

P.O. Box 1167
Burnsville, MN  55337

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

Case 24-30025   Doc 66   Filed 01/21/26   Entered 01/21/26 15:31:10   Desc Main
Document    Page 4 of 4

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-30025
DISTRICT OF MINNESOTA
THU JAN 15 7-28-0 PST 2026

US BANK NATIONAL ASSOCIATION
4500 PARK GLEN ROAD
SUITE 300
MINNEAPOLIS   MN 55416-4891

~~EXCLUDE~~
~~ST PAUL~~
~~200 WARREN E BURGER FEDERAL BUILDING~~
~~AND US COURTHOUSE~~
~~316 N ROBERT ST~~
~~ST PAUL  MN 55101 1495~~

AMERICAN EXPRESS
GENERAL INQUIRIES
PO BOX 981535
EL PASO  TX 79998-1535

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

BMW FINANCIAL SERVICES NA  LLC CO AIS PORTF
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY   OK 73118-7901

DIRECTV  LLC
BY AIS INFOSOURCE LP AS AGENT
PO BOX 5072
CAROL STREAM   IL  60197-5072

(P)HUNTERS ROCK  INC
ATTN THAD HUNTER
2855 ANTHONY LANE SOUTH SUITE 130
SUITE 130
ST ANTHONY MN 55418-2879

~~EXCLUDE~~
~~(D)(P)HUNTERS ROCK  INC~~
~~ATTN THAD HUNTER~~
~~2855 ANTHONY LANE SOUTH SUITE 130~~
~~SUITE 130~~
~~ST ANTHONY MN 55418-2879~~

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA   PA 19101-7346

JILL ANDERSON
5178 SUNTIDE PASS
SAINT PAUL  MN 55129-1607

JORGE ALEJANDRO ROJAS
557 CAMBRIDGE WAY
BOLINGBROOK   IL 60440-1047

JORGE ROJAS
557 CAMBRIDGE WAY
BOLINGBROOK   IL 60440-1047

MERCEDESBENZ FINANCIAL SERVICES USA
PO BOX 685
ROANOKE   TX 76262-0685

(P)U S  BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS   MN 55415-3070

UNITED HEALTH CARE
CUSTOMER SERVICE PRIVACY UNIT
PO BOX 740815
ATLANTA   GA 30374-0815

UNITED STATES TRUSTEE
300 S 4TH ST STE 1015
MINNEAPOLIS   MN 55415-3070

ZEROREZ OF MINNESOTA
5310 W 23RD ST STE 100
ST LOUIS PARK   MN 55416-1660

ANDREW C WALKER
WALKER  WALKER LAW OFFICES PLLC
4356 NICOLLET AVE S
MINNEAPOLIS   MN 55409-2033

NATHAN MYRUM HANSEN
NATHAN M HANSEN   ATTORNEY AT LAW
PO BOX 575
WILLERNIE   MN 55090-0575

RANDALL L SEAVER
RANDALL L SEAVER   CHAPTER 7 TRUSTEE
PO BOX 1167
BURNSVILLE   MN 55337-0167

DEBTOR

ROBERT HURST ANDERSON JR
6680 SAINT CROIX TRL S
HASTINGS   MN 55033-9125