**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** MINNESOTA
ST. PAUL **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ROBERT HURST ANDERSON JR | § | Case No. 24-30025 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RANDALL L. SEAVER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of Bankruptcy Court
200 US Courthouse
316 N. Robert St
St Paul, MN 55101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/12/2026 By: /s/ Randall L. Seaver
Trustee

*RANDALL L. SEAVER*
*Chapter 7 Bankruptcy Trustee*
*P.O. Box 1167*
*Burnsville, Minnesota 55337*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** MINNESOTA
ST. PAUL **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ROBERT HURST ANDERSON JR | § | Case No. 24-30025 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,116.45 |
| and approved disbursements of | $ | 7,683.01 |
| leaving a balance on hand of[1] | $ | 7,433.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Internal Revenue Service | $ 452,485.00 | $ 452,485.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 7,433.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RANDALL L. SEAVER | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| Trustee Expenses: RANDALL L. SEAVER | $ 133.73 | $ 0.00 | $ 133.73 |
| Attorney for Trustee Fees: MOSS & BARNETT | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Attorney for Trustee Expenses: MOSS & BARNETT | $ 304.29 | $ 0.00 | $ 304.29 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Charges: US BANKCRUPTCY COURT CLERK ADVERSARY FILING FEE 25-03008 | $ 350.00 | $ 0.00 | $ 350.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,988.02 |
| Remaining Balance | $ 445.42 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $500,191.48 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $ 500,191.48 | $ 0.00 | $ 445.42 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 445.42 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,151,508.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Internal Revenue Service | $ 1,062,230.47 | $ 0.00 | $ 0.00 |
| 1 | Jorge Alejandro Rojas | $ 2,462.54 | $ 0.00 | $ 0.00 |
| 3 | Hunter"s Rock, Inc. | $ 62,225.72 | $ 0.00 | $ 0.00 |
| 4 | Directv, Llc | $ 606.96 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | AMERICAN EXPRESS NATIONAL BANK | $ 9,196.61 | $ 0.00 | $ 0.00 |
| 6 | Bmw Financial Services Na, Llc C/O Ais Portfolio S | $ 14,785.94 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Randall L. Seaver
Trustee

*RANDALL L. SEAVER*
*Chapter 7 Bankruptcy Trustee*
*P.O. Box 1167*
*Burnsville, Minnesota 55337*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:
ROBERT HURST ANDERSON JR

CASE NO: 24-30025

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7

On 5/13/2026, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/13/2026

/s/ Randall L. Seaver
Randall L. Seaver 152882

P.O. Box 1167
Burnsville, MN 55337
952-890-0888
amuehlich@fssklaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: | CASE NO: 24-30025 |
| ROBERT HURST ANDERSON JR | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 5/13/2026, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/13/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Randall L. Seaver

P.O. Box 1167
Burnsville, MN 55337

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-30025
DISTRICT OF MINNESOTA
WED MAY 13 9-4-56 PST 2026

US BANK NATIONAL ASSOCIATION
4500 PARK GLEN ROAD
SUITE 300
MINNEAPOLIS MN 55416-4891

EXCLUDE

ST PAUL
200 WARREN E BURGER FEDERAL BUILDING
AND US COURTHOUSE
316 N ROBERT ST
ST PAUL MN 55101-1495

AMERICAN EXPRESS
GENERAL INQUIRIES
PO BOX 981535
EL PASO TX 79998-1535

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

BMW FINANCIAL SERVICES NA LLC CO AIS PORTF
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

DIRECTV LLC
BY AIS INFOSOURCE LP AS AGENT
PO BOX 5072
CAROL STREAM IL 60197-5072

(P)HUNTERS ROCK INC
ATTN THAD HUNTER
2855 ANTHONY LANE SOUTH SUITE 130
SUITE 130
ST ANTHONY MN 55418-2879

EXCLUDE

(D)(P)HUNTERS ROCK INC
ATTN THAD HUNTER
2855 ANTHONY LANE SOUTH SUITE 130
SUITE 130
ST ANTHONY MN 55418-2879

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JILL ANDERSON
5178 SUNTIDE PASS
SAINT PAUL MN 55129-1607

JORGE ALEJANDRO ROJAS
557 CAMBRIDGE WAY
BOLINGBROOK IL 60440-1047

JORGE ROJAS
557 CAMBRIDGE WAY
BOLINGBROOK IL 60440-1047

MERCEDESBENZ FINANCIAL SERVICES USA
PO BOX 685
ROANOKE TX 76262-0685

(P)U S BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

UNITED HEALTH CARE
CUSTOMER SERVICE PRIVACY UNIT
PO BOX 740815
ATLANTA GA 30374-0815

UNITED STATES TRUSTEE
300 S 4TH ST STE 1015
MINNEAPOLIS MN 55415-3070

ZEROREZ OF MINNESOTA
5310 W 23RD ST STE 100
ST LOUIS PARK MN 55416-1660

ANDREW C WALKER
WALKER WALKER LAW OFFICES PLLC
4356 NICOLLET AVE S
MINNEAPOLIS MN 55409-2033

NATHAN MYRUM HANSEN
NATHAN M HANSEN ATTORNEY AT LAW
PO BOX 575
WILLERNIE MN 55090-0575

RANDALL L SEAVER
RANDALL L SEAVER CHAPTER 7 TRUSTEE
PO BOX 1167
BURNSVILLE MN 55337-0167

DEBTOR

ROBERT HURST ANDERSON JR
6680 SAINT CROIX TRL S
HASTINGS MN 55033-9125